UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

Nathaniel Hill,

        Plaintiff,

v.

Michigan Department of
Corrections et al.,

        Defendants.

_____/

Case No. 1:20-cv-1185

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).

Dated: April 22, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge